1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK SCUDERO,

        NO. CIV. S-05-1809 LKK/PAN

    Plaintiff,

  v.                             **ORDER RE DISPOSAL**
                                    **DOCUMENTS AFTER**
THE PRUDENTIAL INSURANCE         **NOTIFICATION OF SETTLEMENT**
COMPANY OF AMERICA,

    Defendant.
_____/

     Counsel for plaintiff has informed the court that the parties have settled the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

     All hearing dates heretofore set in this matter are hereby **VACATED.**

////

////

////

1

1 <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4 IT IS SO ORDERED.

5 DATED: August 21, 2006.

```
                            /s/ Lawrence K. Karlton
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```