FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:  909.390.3770
Facsimile:   909.974.2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff, Patrick Scudero

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SCUDERO,<br><br>         Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>         Defendant. | Case No.: 2:05-CV-01809-LKK-EFB<br><br>**AMENDED STIPULATION RE CONTINUANCE OF TIME TO COMPLETE SETTLEMENT; ORDER**<br><br>Date Action Filed:  August 3, 2005<br>Trial Date:              December 5, 2006 |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff Patrick Scudero and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate and respectfully request that the date to complete settlement regarding this action be continued for forty-eight days.  The date to complete settlement in this matter was previously scheduled for October 5, 2006.  The parties are working diligently and expect to have the settlement agreement and settlement process finalized within the next twenty days.   The parties respectfully

PDF created with pdfFactory trial version www.pdffactory.com

request a continuance of the time to complete the settlement process from October 5, 2006 to November 22, 2006, in order to allow the parties to finalize the settlement.

For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that the Court permit and enter an Order to continue the time to complete the settlement process date currently set for October 5, 2006 to November 22, 2006.

DATED: November 7, 2006          SHERNOFF BIDART & DARRAS, LLP

                                  /s/
                                 FRANK N. DARRAS
                                 Attorneys for Plaintiff

DATED: November _7_, 2006        WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER, LLP

                                  /s/
                                 ADRIENNE C. PUBLICOVER
                                 SHERIDA A. STROBLE
                                 Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties and their respective counsel, IT IS HEREBY ORDERED that the date for the parties to complete the settlement process currently set for October 5 to November 22, 2006.

**IT IS SO ORDERED.**

DATED: November 9, 2006          [signature]
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

- 2 -

AMENDED STIPULATION RE CONTINUANCE OF TIME TO COMPLETE SETTLEMENT; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

```
Scudero v. Prudential
Case No: 2:05-CV-01809-LKK-PAN (JFM)
```
## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **Novmeber 8, 2006**, I served the foregoing document described as:

## AMENDED STIPULATION RE CONTINUANCE OF TIME TO COMPLETE SETTLEMENT; PROPOSED ORDER

on all interested parties in this action by placing [ ] the original  [ X ]a true copy  thereof enclosed in sealed envelopes addressed as follows:

Adrienne C. Publicover
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
525 Market Street,17th Floor
San Francisco, CA  94105-2725
Phone: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendants: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

[ X ]BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto.  A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
   To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **November 8, 2006**, at Ontario, California.

                                                                  /s/
                                          CATHERINE CARVALHO

PDF created with pdfFactory trial version www.pdffactory.com