FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:  909.390.3770
Facsimile:   909.974.2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff, Patrick Scudero

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SCUDERO,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.: 2:05-CV-01809-LKK-EFB<br><br>**STIPULATION RE FURTHER CONTINUANCE OF TIME TO COMPLETE SETTLEMENT; PROPOSED ORDER**<br><br>Date Action Filed:  August 3, 2005<br>Trial Date:             December 5, 2006 |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff Patrick Scudero and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate and respectfully request that the date to complete settlement regarding this action be continued for forty-eight days.  The date to complete settlement in this matter is currently scheduled for November 22, 2006.  The parties are continuing to work diligently and expect to have the settlement agreement and settlement process finalized within the next thirty days.   The

AMENDED STIPULATION RE CONTINUANCE OF TIME TO COMPLETE SETTLEMENT; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  parties respectfully request a continuance of the time to complete the settlement
2  process from November 22, 2006 to December 20, 2006, in order to allow the
3  parties to finalize the settlement.
4     For all the stated reasons above, IT IS HEREBY STIPULATED AND
5  AGREED by and between the parties and their respective counsel of record, and it
6  is respectfully requested that the Court permit and enter an Order to continue the
7  time to complete the settlement process date currently set for November 22, 2006
8  to December 20, 2006.
9
10  DATED:  November 22, 2006        SHERNOFF BIDART & DARRAS, LLP
11
12                                    /s/ Frank N. Darras
                                     FRANK N. DARRAS
13                                   Attorneys for Plaintiff
14
15  DATED: November 22, 2006         WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER, LLP
16
17                                    /s/ Sherida A. Stroble
                                     ADRIENNE C. PUBLICOVER
18                                   SHERIDA A. STROBLE
19                                   Attorneys for Defendant
20
21                              **ORDER**
22  Pursuant to the stipulation of the parties and their respective counsel, IT IS
23  HEREBY ORDERED that the date for the parties to complete the settlement
24  process currently set for November 22, 2006 to December 20, 2006.
25
26     **IT IS SO ORDERED.**
27     DATED:   November 28, 2006
28
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

- 2 -
AMENDED STIPULATION RE CONTINUANCE OF TIME TO COMPLETE SETTLEMENT; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Scudero v. Prudential
Case No: 2:05-CV-01809-LKK-EFB

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **Novmeber 22, 2006**, I served the foregoing document described as:

## STIPULATION RE FURTHER CONTINUANCE OF TIME TO COMPLETE SETTLEMENT; PROPOSED ORDER

on all interested parties in this action by placing [ ] the original  [ X ]a true copy  thereof enclosed in sealed envelopes addressed as follows:

**see attached list**

[ X ]BY MAIL
    I caused such envelope to be deposited in the mail at Ontario, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
    I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto.  A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
    To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
    In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **November 22, 2006**, at Ontario, California.

                                                    /s/
                                          CATHERINE CARVALHO

PDF created with pdfFactory trial version www.pdffactory.com

```
Scudero v. Prudential
Case No: 2:05-CV-01809-LKK-EFB
```
**Service List**

Adrienne C. Publicover
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
525 Market Street,17th Floor
San Francisco, CA  94105-2725
Phone: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendants: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA


Sherida A. Stroble, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Phone: (213) 443-5100
Fax: (213) 443-5101

Attorneys for Defendants: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

PDF created with pdfFactory trial version www.pdffactory.com