```
1  FRANK N. DARRAS #128904
   SHERNOFF BIDART & DARRAS, LLP
2  3257 East Guasti Road, Suite 300
   Ontario, CA  91761
3  Telephone:   (909) 390-3770
4  Facsimile:   (909) 974-2121
   Email: fdarras@sbd-law.com
5
6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATRICK SCUDERO,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.: 2:05-CV-01809-LKK-EFB<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff PATRICK SCUDERO, and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

/ / /

/ / /

/ / /

/ / /

1   IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2   shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

4   Dated: October 3, 2007          SHERNOFF BIDART & DARRAS, LLP

6                                   /s/
7                                   FRANK N. DARRAS
                                    Attorneys for Plaintiff
8                                   PATRICK SCUDERO

10  Dated: October _3_, 2007        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP

12                                  /s/
                                    ADRIENNE C. PUBLICOVER
13                                  SHERIDA A. STROBLE
                                    Attorneys for Defendant THE PRUDENTIAL
14                                  INSURANCE COMPANY OF AMERICA

17              **O R D E R**

19  **IT IS SO ORDERED.**

21  Dated: October 5, 2007.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

<u>Patrick Scudero v. Prudential</u>
Case No: 2:05-CV-01809-LKK-EFB

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **October 4, 2007**, I served the foregoing document described as:

**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on all interested parties in this action by placing [ ] the original  [ x ]a true copy  thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Adrienne C. Publicover, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>525 Market Street,17th Floor<br>San Francisco, CA  94105-2725<br>Phone: (415) 433-0990<br>Fax: (415) 434-1370<br><br>Attorneys for Defendant: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | Sherida A. Stroble, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA  90071<br>Phone: (213) 443-5100<br>Fax: (213) 443-5101<br><br>Attorneys for Defendant: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |

[ x ]BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto.  A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
   To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **October 4, 2007**, at Ontario, California.

                                                          /s/
                                          Catherine Carvalho